[Civ. No. 2220.  Fourth Appellate District.—May 17, 1938.]

In the Matter of the Estate of IVAN B. HASELBUD, Deceased.  HARVEY & JOHNSTON, Appellants, v. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION (a National Banking Association), as Executor, etc., et al., Respondents.

Harvey & Johnston, in pro. per., for Appellants.

Chester R. Andrews, John J. Gallagher, Irvine P. Aten and Richard V. Aten for Respondents.

HAINES, J., pro tem.—This is an appeal by the law firm of Harvey & Johnston from so much of the order and decree of the Superior Court of Fresno County settling the final account of the executor in the above-entitled estate and making distribution of said estate as fixes the compensation allowed for extraordinary services of the attorneys for the executor at the sum of $250.  Although the appeal was separately taken from the appeal of Anna N. Haselbud (ante, p. 375 [79 Pac. (2d) 443]), this day decided, from the same order and decree, it was presented upon the same transcript

and has been assigned the same number. ▮ There is in the file, however, a communication from the said firm of Harvey & Johnston stating that they have stipulated with opposing counsel by a stipulation filed with the superior court that the said appeal of said Harvey & Johnston be dismissed.

The appeal is accordingly hereby dismissed.

Barnard, P. J., and Marks, J., concurred.